CLERK'S OFFICE U.S. DIST COURT
AT LYNCHBURG, VA
FILED
for Charlottesville
OCT 19 2005
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>PETER F. BLACKMAN,<br><br>    *Defendant.* | CIVIL ACTION NO. 3:04CV00046<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

Before the Court is the question of whether the Defendant, Peter F. Blackman, is in criminal contempt of court for violating the Court's injunction of September 27, 2004. For the reasons stated in the accompanying Memorandum Opinion, the Court finds that the Defendant is guilty of criminal contempt of court. It is accordingly this day

ADJUDGED, ORDERED, AND DECREED

that the Defendant, Peter F. Blackman, is guilty of criminal contempt of Court for violating the Court's injunction of September 27, 2004. The parties are directed to contact the Clerk of the Court to schedule a hearing during which the Court will determine an appropriate punishment.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record.

ENTERED: *Norman K. Moon*
DATE: 10-19-2005

1